Panagiota Betty Tufariello, Intellectu-law, The Law Offices of P.B. Tufariello, P.C., of Mount Sinai, NY, argued for plaintiff-appellant.

Jeffrey W. Davis, Kramer Levin Naftalis & Frankel LLP, of New York, NY, argued for defendants-appellees. With him on the brief was Matthew B. Moses. Of counsel was Thomas H. Moreland.

MICHEL, Chief Judge, FRIEDMAN and GAJARSA, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

petitioner. With him on the brief was Stanley H. Rozanski.

Steven M. Mager, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director.

MICHEL, Chief Judge, FRIEDMAN and GAJARSA, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Juan R. COLON, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2008-3057.

United States Court of Appeals, Federal Circuit.

Oct. 9, 2009.

Matthew T. Surlin, Rozanski & Associates, of Los Angeles, California, argued for

**Evangela A. FORBES, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2009-5030.

United States Court of Appeals, Federal Circuit.

Oct. 13, 2009.

Jules Bernstein, Bernstein & Lipsett, P.C., of Washington, DC, argued for plaintiff-appellant. With him on the brief was